Dave Hemingway, Asst. Sp. Public Defender, St. Louis, for appellant.

Jeremiah. W. (Jay) Nixon, Atty. Gen., Lisa A. Fischer, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANE, P.J., and RHODES RUSSELL and JAMES R. DOWD, JJ.

*ORDER*

PER CURIAM.

Defendant appeals the trial court's denial of his Rule 24.035 motion without an evidentiary hearing claiming that his attorney failed to inform him of the consequences of waiving a pre-sentence investigation report. Pursuant to a plea agreement, defendant pled guilty to two counts of child abuse, in violation of section 568.060.3, RSMo 1994, and was sentenced to two consecutive seven-year prison terms.

The findings and conclusions of the motion court are based on findings of fact that are not clearly erroneous. No error of law appears. An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

We affirm pursuant to Rule 84.16(b).

Robert E. Steele, Jr., Asst. Public Defender, St. Louis, for defendant/appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Joiner, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

Before GRIMM, P.J., and PUDLOWSKI and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

A jury found defendant guilty of the lesser included offense of murder in the second degree, Section 565.021, RSMo 1994; assault in the first degree, Section 565.050, RSMo 1995 and two counts of armed criminal action, Section 571.015, RSMo 1994.

The trial court sentenced him to 10 years for murder, 5 years for assault and three years for each count of armed criminal action, for a total of 21 years to be served consecutively.

Defendant appeals the judgment entered on his conviction.

We have reviewed the briefs, transcripts and legal files. The trail court's judgment entered following defendant's conviction is affirmed. Rule 30.15(b).

**STATE of Missouri, Plaintiff/Respondent,**

v.

**Kaseame POINTER, Defendant/Appellant.**

No. 71048.

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 14, 1997.

**STATE of Missouri, Respondent,**

v.

**Jesse WYATT, Appellant.**

No. 71167.

Missouri Court of Appeals,
Eastern District,
Division Five.

Oct. 14, 1997.